**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                        Case No. 3:06cr83/MCR

**JO D. HOVIND**
_____/

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture, inter alia, of all property of the defendant, **JO D. HOVIND,** pursuant to Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(ii), and Title 21, United States Code, Section 846, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in Counts 13 through 57 of said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Counts 13 through 57 of said Indictment, to wit:  that the defendant did unlawfully structure financial transactions in violation of the provisions of Title 31, United States Code, Section 5324(a)(3) & (d).

AND WHEREAS, on or about November 2, 2006, defendant, **JO D. HOVIND,** was found guilty of the violations set forth in Count 13 through 57 and a special verdict of forfeiture was entered by the jury with regard to the defendants' interest in the specifically below described currency;

AND WHEREAS, by virtue of said guilty verdict and Special Verdict of Forfeiture, the United States is now entitled to possession of said currency, pursuant to Title 21,

United States Code, Section 853(a)(1) and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1.   That all of defendant **JO D. HOVIND'S** right and interest in the currency described below is hereby forfeited to and vested in the United States of America.

2.   That the currency which is subject to forfeiture in this Order is as follows:

**FOUR HUNDRED, THIRTY THOUSAND, FOUR HUNDRED AND 00/100 DOLLARS (430,400.00) IN UNITED STATES CURRENCY**

3.   That the United States is hereby directed to assume custody and control of the above-described currency, to be held by the United States Marshals Service in its secure custody and control, pending notice and adjudication of third party interests, if any, pursuant to Title 21, United States Code, Section 853(n).

4.   That upon adjudication of all third party interests, or if no third party claims are filed pursuant to Title 21, United States Code, Section 853(n), the United States shall dispose of said currency in accordance with law or further Order of this Court.

**IT IS SO ORDERED** this 13th day of November, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:06cr83/MCR