IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                              **CASE NO. 3:06cr83/MCR**

**KENT E. HOVIND**
and
**JO D. HOVIND**
_____/

**O R D E R**

    Both defendants have filed a Motion for Reconsideration of the court's order denying their renewed motions for judgment of acquittal. The court's determination of the issues raised by defendants in the present motion has a direct bearing on the continued forfeiture proceedings. Therefore, the court finds it appropriate to enter an interim stay of the court's Final Order of Forfeiture entered January 19, 2007.

    It is therefore ORDERED that the court's Final Order of Forfeiture is STAYED pending a decision by the court on defendants' Motion for Reconsideration.

    **DONE and ORDERED** this 31st day of January, 2007.

                                                             *s/ M. Casey Rodgers*
                                                          **M. CASEY RODGERS**
                                                          **UNITED STATES DISTRICT JUDGE**