Page 1 of  1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:06cr83/MCR

KENT E. HOVIND and
JO D. HOVIND,
                                        /

**O R D E R**

     This matter is before the Court on the United States' motion to forfeit certain property belonging to defendants Kent E. Hovind and/or Jo D. Hovind, in partial substitution for the $430,400.00 money judgment that was forfeited in the Preliminary Orders of Forfeiture as to each defendant. (Doc. 278).  The Rule 7.1(B) Certification contained in the instant motion indicates forfeiture counsel, Michael Rollo, opposes the motion.  Accordingly, it is

     ORDERED that any response in opposition to the pending motion for forfeiture to be considered by the undersigned must be filed within fourteen (14) days of the date hereof.

     SO ORDERED this 16th day of September, 2008.

                                 *s/ M. Casey Rodgers*
                               **M. CASEY RODGERS**
                               **UNITED STATES DISTRICT JUDGE**