**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                          Case No. 3:06cr83/MCR

**KENT E. HOVIND and
JO D. HOVIND,**

## ORDER FORFEITING SUBSTITUTE PROPERTY

This matter came before the Court on the United States' motion to forfeit certain property belonging to defendants Kent E. Hovind and/or Jo D. Hovind, in partial substitution for the $430,400.00 money judgment that was forfeited in the Preliminary Orders of Forfeiture as to each defendant.

Having reviewed the government's motion, and, considering the relevant evidence presented at trial, the Court finds that the defendants have transferred, deposited into the name of the third parties, or otherwise disposed of the $430,400.00 in forfeited proceeds, or that said forfeited proceeds cannot be located upon the exercise of due diligence;

WHEREFORE, IT IS HEREBY ORDERED that:

All interest of defendants Kent E. Hovind and/or Jo D. Hovind in **Regions Bank Account #5107101872, in the name of Creation Science Evangelism Ministry, 29 Cummings Road, Pensacola, Florida 32503 opened on or about November 14, 2002,** is hereby FORFEITED to the United States in partial substitution of the $430,400.00 forfeiture judgment.

IT IS FURTHER ORDERED that the above substitute property is subject to the disposition of any third party claims to said property pursuant to Title 21, United States Code, Section 853;

IT IS FURTHER ORDERED that upon adjudication of all third party interests, the United States shall dispose of all above substitute property in accordance with law.

**IT IS SO ORDERED** this 8th day of October, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**