**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                     CASE NO.  3:06CR83/MCR

JO D HOVIND

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on     November 7, 2008
Motion/Pleadings: UNITED STATES' REQUEST TO WITHDRAW MOTION TO REVOKE APPEAL BOND
Filed by Plaintiff                           on 11/7/08           Doc.# 290 and 291
RESPONSES:

                                                on                   Doc.#
                                                on                   Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## ***ORDER***

    Upon consideration of the foregoing, it is ORDERED this 10th day of November, 2008, that:

    The relief requested is GRANTED.

                                                *s/ M. Casey Rodgers*
                                                  M. Casey Rodgers
                                               United States District Judge