**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 3:06cr83/MCR

JO D. HOVIND

_____/

**O R D E R**

      Following a trial by jury, defendant was found guilty on forty-five (45) counts of unlawfully structuring cash transactions to evade currency transaction reporting requirements. She appeared before the undersigned for sentencing on June 29, 2007, and was sentenced to a prison term of one year and one day. Thereafter, defendant appealed her conviction, judgment and sentence, as well as the final forfeiture order entered by this court and requested to remain on release pending disposition of the appeal. The court granted defendant's release request. The United States Court of Appeals for the Eleventh Circuit has issued its decision dated December 30, 2008, affirming the conviction, sentence, and order of forfeiture. Accordingly, defendant shall surrender to either the United States Marshal in Pensacola or to the Escambia County Jail no later than noon, Tuesday, January 20, 2009, to begin serving her sentence.

      SO ORDERED this 6th day of January, 2009.

                                                *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**