**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                            CASE NO. 3:06cr83-MCR

JO D. HOVIND

**REFERRAL AND ORDER**

Referred to District Judge Rodgers on   January 20, 2009
Type of Motion/Pleading: Motion for Clarification of Sentence
Filed by: Defendant    on 1/16/09   Document 309
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                  on             Doc.#
                                                  on             Doc.#
                                                  WILLIAM M. McCOOL, CLERK OF COURT

                                                  s/Travis Green

                                                  Deputy Clerk: Travis Green

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 20th day of January, 2009, that:

     The requested relief is DENIED. It is not for this court to clarify language in an Eleventh Circuit opinion. The sentence of this court is clear and unchanged.

                                                  *s/ M. Casey Rodgers*

                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**